964 F.2d 1147
 FL Nat'l. Bank
v.
Perdido Motel Grp.**
 NO. 92-6220
 United States Court of Appeals,
Eleventh Circuit.
 May 29, 1992
 
 1
 Appeal From: N.D.Ala.
 
 
 2
 AFFIRMED.
 
 
 3
 Federal Reporter. The Eleventh Circuit provides by rule that
 
 
 4
 unpublished opinions are not considered binding precedent.
 
 
 5
 They may be cited as persuasive authority, provided that a
 
 
 6
 copy of the unpublished opinion is attached to or
 
 
 7
 incorporated within the brief, petition or motion. Eleventh
 
 Circuit Rules, Rule 36-2, 28 U.S.C.A.)
 
 
 **
 Local Rule 36 case